IN THE SUPREME COURT OF TEXAS

 No. 10-0599

 IN RE CAMPBELL RANCH LLC, WILLIAM S. WALKER, WILLIAM L. DAWKINS, JR.,
 ROBERT SCHULTE AND LEE HUBBARD

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed August 9, 2010, is
granted in part. The trial court order issued May 25, 2010, in Cause No.
2007CVF001760D3, styled Dancy, LLC v. Campbell Ranch LLC, William Stephen
Walker, William Lee Dawkins, Jr., Robert Leal Schulte, Craig D. Campbell
and Lee Hubbard, in the 341st District Court of Webb County, Texas, is
stayed pending further order of this Court.
 2. The real party in interest's motion for temporary relief, filed
August 20, 2010, is denied.
 3. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., September 13, 2010.
 4. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 02, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk